NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5026

PCL CONSTRUCTION SERVICES, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-144,
Judge Marian Blank Horn.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Upon consideration of the United States' unopposed motion for a 60-day extension of time, until August 5, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

JUN 11 2009

Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Cook, Esq.
Leslie Cayer Ohta, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2009

JAN HORBALY
CLERK